AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHG MEDICAL STAFFING, INC. d/b/a RNNETWORK a Delaware Corporation, <br><br> *Plaintiff(s)* <br> v. <br> RACHEL SHAFER, an individual, LISLEY ROSSI, an individual, AHS STAFFING, LLC, an Oklahoma Limited Liability Company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:23-cv-61703-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AHS Staffing, LLC (by serving its registered agent)
C T Corporation System
1201 Hayes Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer A. Schwartz, Esq. (Florida Bar No. 502431);
jennifer.schwartz@jacksonlewis.com
Adam Schultz, Esq. (Florida Bar No. 121111 ); adam.schultz@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Sep 7, 2023

Angela E. Noble
Clerk of Court

*Deputy Clerk*
*U.S. District Courts*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHG MEDICAL STAFFING, INC. d/b/a RNNETWORK a Delaware Corporation, <br><br> *Plaintiff(s)* <br> v. <br> RACHEL SHAFER, an individual, LISLEY ROSSI, an individual, AHS STAFFING, LLC, an Oklahoma Limited Liability Company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:23-cv-61703-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lisley Rossi
2466 Westmont Ln
Royal Palm Beach, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer A. Schwartz, Esq. (Florida Bar No. 502431);
jennifer.schwartz@jacksonlewis.com
Adam Schultz, Esq. (Florida Bar No. 121111 ); adam.schultz@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Sep 7, 2023

Angela E. Noble
Clerk of Court

*(signature)*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CHG MEDICAL STAFFING, INC. d/b/a RNNETWORK a Delaware Corporation,

*Plaintiff(s)*

v.

RACHEL SHAFER, an individual, LISLEY ROSSI, an individual, AHS STAFFING, LLC, an Oklahoma Limited Liability Company,

*Defendant(s)*

Civil Action No. 0:23-cv-61703-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rachel Shafer
10064 Boca Vista Dr
Boca Raton, FL 33498

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer A. Schwartz, Esq. (Florida Bar No. 502431);
jennifer.schwartz@jacksonlewis.com
Adam Schultz, Esq. (Florida Bar No. 121111 ); adam.schultz@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Sep 7, 2023

Angela E. Noble
Clerk of Court

*Deputy Clerk*
*U.S. District Courts*