UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61703-CIV-SINGHAL

CHG MEDICAL STAFFING, INC.,

    Plaintiff,

v.

RACHEL SHAFER et al.,

    Defendants.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court on Plaintiff's Motion for Preliminary Injunction (DE [12]) and related request for a hearing on this motion. Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED** that an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction (DE [12]) is scheduled for **Tuesday, October 31, 2023, at 10:00 a.m.**, in Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 11th day of October 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF