IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61703-CIV-SINGHAL/VALLE

CHG MEDICAL STAFFING, INC., d/b/a
RNNETWORK a Delaware Corporation,

        Plaintiff,

v.

RACHEL SHAFER, an individual,
LISLEY ROSSI, an individual,
AHS STAFFING, LLC, an Oklahoma
Limited Liability Company,

        Defendants.

## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

Pursuant to this Court's Paperless Order directing the parties to file exhibit and witness lists for the October 31, 2023 hearing on Plaintiff's Motion for Preliminary Injunction [D.E. 30], Plaintiff, CHG Medical Staffing Inc. d/b/a RNnetwork ("RNN"), hereby submits the following witness and exhibit lists.

### PLAINTIFF'S WITNESS LIST

| | Name | Address |
|---|---|---|
| 1 | Eleonore Ruffy | c/o RNN's Counsel<br>JACKSON LEWIS PC<br>One Biscayne Tower, Suite 3500<br>2 S. Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: (305) 577-7603 |
| 2 | Amy Reed | c/o RNN's Counsel |
| 3 | Keela Briles | c/o RNN's Counsel |

Case No.: 23-61703-CIV-SINGHAL/VALLE

| 4 | Rachel Shafer | c/o Rachel Shafer's Counsel<br>SHOLMO Y. HECHT, P.A.<br>3076 N. Commerce Pkwy.<br>Miramar, Florida 33025<br>Telephone: (954) 861-0025 |
|---|---|---|
| 5 | Lisley Rossi | c/o Lisley Rossi's Counsel<br>SCONZO LAW OFFICE, P.A.<br>3825 PGA Blvd., Suite 207<br>Palm Beach Gardens, Florida 33410<br>Telephone: 561-729-0940 |
| 6 | AHS Staffing, LLC ("AHS") Corporate Representative | c/o AHS's Counsel<br>COLE, SCOTT & KISSANE, P.A.<br>Cole, Scott & Kissane Building<br>9150 South Dadeland Boulevard, Suite 1400<br>Miami, Florida 33256<br>Telephone: (786) 268-6415 |
| 7 | All witnesses designated by Defendants | |
| 8 | Rebuttal witnesses | |

Plaintiff reserves the right to call as a witness any person designated as a witness or potential witness or called by the Defendants in this matter, any person needed to authenticate documents, and/or for impeachment purposes, or as rebuttal witnesses.

Case No.: 23-61703-CIV-SINGHAL/VALLE

**PLAINTIFF'S EXHIBIT LIST**

| PL. NO. | DESCRIPTION OF EXHIBITS |
|---|---|
| 1 | Rachel Shafer Pay Records |
| 2 | Rachel Shafer Employment Agreement - 7/26/12 |
| 3 | Lisley Rossi Employment Agreement - 7/21/14 |
| 4 | Rachel Shafer Performance Improvement Plan - 2/17/23 |
| 5 | Letter from Keela Briles to Rachel Shafer Re: CHG Important Information - 3/30/23 |
| 6 | Letter to AHS Re: Violation of Non-Compete Agreement - 7/26/23 |
| 7 | AHS Response to RNN Letter - 7/31/23 |
| 8 | Email from Alaina Robertson to Chrissy Evans dated Re: Nurses leaving to work with Rachel with inbound messages from Elizabeth Streber and Jordan Newstadt - 7/14/23 |
| 9 | Email from Alaina Robertson to Chrissy Evans dated Re: Nurses leaving to work with Rachel – 7/14/23 |
| 10 | Email from Eleonore Ruffy to Kerry Black Re: non-solicitation violations - 6/22/23 |
| 11 | Email from Rachel Shafer to herself dated 03.28.23 re"Rachel Shafer shared "Non-compete Non Solicit Process RNN 10.2.2022" with you. |
| 12 | Email from Rachel Shafer to herself dated 03.10.23 FW:W/a and TOA |
| 13 | Email from Rachel Shafer to herself dated 03.09.23 FW: W/A Week 10 |
| 14 | Email from Rachel Shafer to herself dated 03.10.23 RE December Commission Calc Sheet |
| 15 | Email from Rachel Shafer to herself dated 03.09.23 RE Fwd: corporate-careers/jobs/ |

| 16 | Email from Rachel Shafer to herself dated 03.15.23 re extension on assignment |
|----|---|
| 17 | Employee Handbook June 2021 |
| 18 | Email from Rachel Shafer to herself dated 03.12.23 text messages with N. T. Re: New Contact Information |
| 19 | Email from Rachel Shafer to herself dated 03.09.23 RE Recap Week 2.27.23 |
| 20 | Email from Rachel Shafer to herself dated 03.09.23 RE Updated Resume |
| 21 | Email from Rachel Shafer to herself dated 03.10.23 with link to job postings |
| 22 | Email from Keela Briles to Andrea Moreira dated 08.09.23 re Notes from an anonymous caller re: Rachel Shafer |
| 23 | Email from Emily Spork to Christina Eggert dated 08.30.23 |
| 24 | Email from Rachel Shafer to herself 3.3.23 re ZBOR-Trauma Job Assignment |
| 25 | AHS Website |
| 26 | Screenshot of Computer Property Logging On Policy Acknowledgement |
| 27 | Email from Nela De La Vega to Alicia Palasay dated 03.07.23 RE: Note Added – Leah Gray |
| 28 | Letter to Rachel Shafer dated 07.14.23 RE Cease and Desist Violation of Non-Compete Agreement |
| 29 | Text Message Between Lisley Rossi and S.G. dated 06.20.23 |
| 30 | Excel RS W&A Week 6 2023 |
| 31 | Excel Team Shafer W&A Week 10 2023 |
| 32 | Letter to Lisley Rossi dated 07.14.23 RE Cease and Desist Violation of Non-Compete Agreement |
| 33 | Letter from Shlomo Y. Sam Hecht dated 7.21.23.pdf |

| 34 | Rachel Shafer's LinkedIn |
|----|--------------------------|
| 35 | Lisley Rossi's LinkedIn |
| 36 | Affidavit of Lisley Rossi |
| 37 | All admissible exhibits listed on any Defendant's exhibit list |
| 38 | Rebuttal Exhibits |

Dated: October 27, 2023

Respectfully submitted,

By: *s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
Email: *adam.schultz@jacksonlewis.com*
**JACKSON LEWIS P.C.**
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 577-7600

*Counsel for the Plaintiff*
*CHG Medical Staffing, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on October 27, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Jennifer Schwartz*
Jennifer Schwartz, Esq.

Case No.: 23-61703-CIV-SINGHAL/VALLE

## SERVICE LIST

John Cody Berman
Florida Bar No.: 58654
E-mail: *cody.german@csklegal.com*
Justin S. Maya, Esq,
Florida Bar No. 126087
E-mail: *justin.maya@csklegal.com*
Horancio Ruiz-Lugo, Esq.
Florida Bar No.:1048967
E-mail: *Horacio.Ruiz-Lugo@csklegal.com*
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33256
Telephone: (786) 268-6415
Alternative Email:
*nicolle.quant@csklegal.com*
*Ieshia.ownes@csklegal.com*

*Counsel for Defendant AHS Staffing, Inc.*

Jennifer Schwartz, Esq.
Florida Bar No.  502431
E-mail:  *Jennifer.schwartz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
E-mail: *adam.schultz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Plaintiff*

Shlomo Y. Hecht, Esq.
Florida Bar No.: 127144
E-mail: *sam@hectlawpa.com*
SHOLMO Y. HECHT, P.A.
3076 N. Commerce Pkwy.
Miramar, Florida 33025
Telephone: (954) 861-0025

*Counsel for Defendant Rachel Shafer*

Gregory Sconzo, Esq.
Florida Bar No.: 105553
Email: *greg@sconzolawoffice.com*
SCONZO LAW OFFICE, P.A.
3825 PGA Blvd., Suite 207
Palm Beach Gardens, Florida 33410

*Counsel for Defendant Lisley Rossi*