# Exhibit B

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| CHG MEDICAL STAFFING, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 0:23-cv-61703-AHS |
| RACHEL SHAFER et al | ) | |
| *Defendant* | ) | |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: MARC HESTER, EMPLOYEE @ AHS STAFFING, LLC

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301 | Courtroom No.: 110 |
|---|---|
| | Date and Time: 11/07/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: All records, notes, emails, and documents related to your conversation with Keela Briles from CHG MEDICAL STAFFING, INC. d/b/a RNNETWORK, regarding RACHEL SHAFER at AHS STAFFING, LLC; and all records, notes, emails, and documents related to RACHEL SHAFER's recruitment activities at AHS STAFFING, LLC.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/01/2023

*CLERK OF COURT*

OR

_____    /s/ Shlomo Y Hecht
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Rache Shafer , who issues or requests this subpoena, are:

Shlomo Y. Hecht, 3076 N Commerce Pkwy, Miramar, FL 33025, 954-861-0025, sam@hechtlawpa.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).