IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61703-CIV-SINGHAL/VALLE

CHG MEDICAL STAFFING, INC.
d/b/a RNNETWORK a Delaware
Corporation,

    Plaintiffs,

v.

RACHEL SHAFER, an individual,
LISLEY ROSSI, an individual,
AHS STAFFING, LLC, an Oklahoma Limited
Liability Company,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING EXHIBITS OFFERED INTO EVIDENCE AT THE HEARING ON ITS MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, CHG Medical Staffing Inc. d/b/a RNnetwork, by and through the undersigned counsel, hereby gives Notice of Filing Plaintiff's exhibits offered or introduced into evidence at the evidentiary hearing held on October 31 and November 7, 2023 regarding Plaintiff's Motion for Preliminary Injunction. Plaintiff's exhibits consist of Exhibits marked P-2, P-5, P-8, P-9, P-10, P-11, P-15, P-19, P-20, P-22, P-23, and P-26 and Plaintiff's Rebuttal 3 and Plaintiff's Rebuttal 4. Plaintiff is moving to file exhibits marked P-12 and P-13 under seal.

Dated: November 22, 2023        Respectfully submitted,

                                                By: *s/ Adam Schultz*
                                                  Jennifer A. Schwartz, Esq. (502431)
                                                  E-mail: *jennifer.schwartz@jacksonlewis.com*
                                                  Adam Schultz, Esq. (121111)
                                                  E-mail: *adam.schultz@jacksonlewis.com*
                                                  JACKSON LEWIS P.C.
                                                  One Biscayne Tower, Suite 2500
                                                  Two South Biscayne Boulevard
                                                  Miami, Florida 33131
                                                  Telephone: (305) 577-7600
                                                  *Counsel for the Plaintiff*

CASE NO.: 23-61703-CIV-SINGHAL/VALLE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on November 22, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam Schultz*
Adam Schultz, Esq.

## SERVICE LIST

John Cody Berman
Florida Bar No. 58654
E-mail: *cody.german@csklegal.com*
Justin S. Maya, Esq,
Florida Bar No. 126087
E-mail: *justin.maya@csklegal.com*
Horancio Ruiz-Lugo, Esq.
Florida Bar No. 1048967
E-mail: *Horacio.Ruiz-Lugo@csklegal.com*
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33256
Telephone: (786) 268-6415
Alternative Email:
*nicolle.quant@csklegal.com*
*Ieshia.ownes@csklegal.com*

*Counsel for Defendant AHS Staffing, Inc.*

Jennifer Schwartz, Esq.
Florida Bar No. 502431
E-mail: *Jennifer.schwartz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
E-mail: *adam.schultz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Plaintiff*

Shlomo Y. Hecht, Esq.
Florida Bar No. 127144
E-mail: *sam@hectlawpa.com*
SHOLMO Y. HECHT, P.A.
3076 N. Commerce Pkwy.
Miramar, Florida 33025
Telephone: (954) 861-0025

*Counsel for Defendant Rachel Shafer*

Gregory Sconzo, Esq.
Florida Bar No. 105553
E-mail: *greg@sconzolawoffice.com*
SCONZO LAW OFFICE, P.A.
3825 PGA Blvd., Suite 207
Palm Beach Gardens, Florida 33410

*Counsel for Defendant Lisley Rossi*