| | |
|---|---|
| **From:** | Keela Briles |
| **Sent:** | Thursday, March 30, 2023 10:45 AM |
| **To:** | Rachel Rose Shafer |
| **Subject:** | CHG Important Information |
| **Attachments:** | 2022 What Happens to My Benefits When I Leave CHG.pdf; Offboarding Resources.pdf; Shafer, Rachel 20120726 Agreement.pdf; Non Compete - SF.pdf |

Hi Rachel,

Per our conversation earlier, I wanted to send you the documents we spoke about together.

Attached are the following documents:

1. A document outlining what happens to your benefits after you separate from CHG. As a reminder, you will have benefits through April 30th. As of May 1, 2022 you will be eligible for COBRA.
2. A letter that outlines our non-compete and non-solicitation clauses, along with a copy of the employment agreement you signed when you joined CHG.
3. A document titled "Offboarding Resources." This contains answers to FAQs as well as other resources for you.
4. Here is the link for your Exit Interview. Please take a few minutes to complete the survey as this is critical in our ability to improve as an organization and learn more about your experience here at CHG.

For your equipment, IT will be shipping you a box. Once you have received it, please place your laptop, docking station, and power cords inside and drop it off at your nearest FedEx location.

Thank you,

**Keela Briles SHRM-CP**
Employee Relations Consultant II

**CHG Healthcare**
Work: 954.837.2694



1

 Healthcare

3/30/23

Rachel Shafer
10064 Boca Vista Dr
Boca Raton, FL 33498

Re: Employment Agreement

Dear Rachel,

I am writing to remind you of your obligations under the employment agreement you executed during your employment and provide a copy of this agreement. Please review the entire agreement with special attention to the sections concerning Non-Competition, Non-Solicitation of Customers and Non-Solicitation of Employees.

We anticipate that you will not participate in any of these activities; however we did want to bring these obligations to your attention. If you do violate the obligations you agreed to, we will not hesitate to take all necessary legal actions to force you to stop all violations.

If you have any questions regarding the agreement, please do not hesitate to contact me at the number listed below. I wish you the best of luck in your future career endeavors.

Sincerely,

*Keela Briles*

Keela Briles
Consultant, Employee Relations
Keela.Briles@chghealthcare.com
954-837-2694

Enclosures: Employee Agreement