From: Alaina Robertson <alaina.robertson@rnnetwork.com>
Sent: Friday, July 14, 2023 10:29 AM
To: Chrissy Evans <chrissy.evans@rnnetwork.com>
Subject: Nurses leaving us to work with Rachel

Hi Chrissy,

I figured I should share. I am not sure if CHG is enforcing any non compete stuff but here ya go...

**Haley Hohnhorst**
(407) 252-1817

Yesterday

You all graduated conversation with Rachel at 8:13 am EDT

Morning! The one week extension was approved! I will go ahead and process and send a revised confirmation with the new end date. I also was hoping to connect and discuss your plans, call me if you have a few minutes to chat today :)

-Alaina Robertson 561-939-8504 Alaina.Robertson@RNnetwork.com

8:18 AM EDT

Awesome thank you for that. Im I am probably going to be going back to my old recruiter that you took over for. But again if the rate is right me and my

friend will travel with whoever pays the most

1