**From:** Eleonore Ruffy <eleonore.ruffy@rnnetwork.com>
**Sent:** Thursday, June 22, 2023 6:39 PM
**To:** Kerry Black <kerry.black@chghealthcare.com>; Nicholas Call <Nicholas.Call@chghealthcare.com>
**Cc:** Andrea Moreira-Alejandro <andrea.moreira@chghealthcare.com>; Lynne Gross <lynne.gross@rnnetwork.com>; Tyler West <tyler.west@rnnetwork.com>
**Subject:** Non-solicitation violations

Hi Kerry and Nick,

Passing on to you two concerns we have regarding former employees who were recently terminated and are now working at a competitor (AHS Staffing). See examples below of both of them soliciting our providers.

**Rachel Shafer is soliciting one of her former RNN providers, Amanda Fobar, to work for her at AHS.**

[Tuesday 3:52 PM] Leslie Miller
We have a provider who has an offer with us and Rachel is telling her she has an offer.

[Tuesday 4:00 PM] Leslie Miller

She is currently on assignment with us, and was working with Rachel previously.

---

DocuSign Envelope ID: B2DBD431-CEB4-412F-959E-A70802E96111

 **ahs staffing** | Employment Agreement Offer | 20058

This Employment Agreement is between employee and NurseStat, employer. By signing this offer, employee agrees to the terms listed below.

| | |
|---|---|
| Recruiter | Rachel Shafer |
| Employee | Amanda Jean Fobar |
| Tax Home Address | 16631 Navajo Rd, Apple Valley, CA 92307 |
| Position | Med - Surg |
| Client | Presbyterian Hospital |
| Client Address | 1100 Central Ave So, Albuquerque, NM 87106 |

1

Lisley Rossi is reaching out to an RNN provider (see email string attached).

We'd like for both of these to be addressed.

Let me know if you have any questions. Thank you.

**Eleonore Ruffy**
Vice President

**RNnetwork**
Work: 561.939.8557
Mobile: 801.652.3783

