**From:** Rachel Shafer <rachel.shafer@rnnetwork.com>
**Sent:** Tuesday, March 28, 2023 7:37 AM
**To:** Rachel Shafer <rachel.shafer@rnnetwork.com>
**Subject:** Rachel Shafer shared "Non-Compete Non-Solicit Process RNN 10.2022" with you.



# Rachel Shafer shared a file with you

Here's the document that Rachel Shafer shared with you.



Non-Compete Non-Solicit Process RNN 10.2022

 This link only works for the direct recipients of this message.

Open

**Microsoft**

Privacy Statement

**CHG.** Healthcare



| | |
|---|---|
| **SUBJECT:** Employment Agreement<br>Escalation Process<br>Non-Compete, Non-Solicit, Code of Ethics and Conflict of Interest | **Effective Date:** October, 2022<br>**Revised Date:** |

## PURPOSE:

Standardize internal process for RNnetwork supporting CHG Companies' practice of safeguarding "Confidential Business Information" as described in the <u>Employee Agreement Including Confidentiality, Non-Competition and Non-Solicitation Provisions ("Agreement").</u> The process applies to **all** employees of RNnetwork.

## NON-COMPETITION PROCESS:

1. Staff member has knowledge of "Employee" working with a competitor. Staff member immediately informs direct leader and provides the information below, if possible:
    a. Employee Name
    b. Competitor Name
    c. Competitor Role/Title
    d. Competitor Vertical (Nursing, Locums etc.)
    e. Competitor Job Description
    f. Competitor Start date

2. Staff member shares above information with direct leader who will then follow the escalation process:
    a. Leader ——► Sr. Leader
    b. Sr. Leader ——► RNN Executive Team

3. Sr. Leader informs RNN Executive Team who communicates directly with Employee Relations:
    a. Employee Relations, will determine next steps and advise RNN Executive Team.
        i. In addition to the "competitor" details above, Sr. Leader to include Employee's role within RNN during his/her tenure (i.e. recruiter, credentialing specialist etc.)

4. Employee Relations will convene with CHG Executive Committee on issue with expected turnround time between 48-72 hours. Once issue resolution has been determined, information will be cascaded as follows:
    a. Employee Relations ——► RNN Executive Team
    b. RNN Executive Team ——► Sr. Leader
    c. Sr. Leader ——► Leader
    d. Leader ——► Staff member

5. No further action is required by RNN.

<u>Definitions:</u>
- *"Employee"* is defined as currently employed or separated from CHG Companies' for less and one (1) year.
- *"Non-Competition"* see Section 5 of Agreement



**NON-SOLICITATION PROCESS:**

1. Staff member has knowledge of "Employee", soliciting practices. "Employee" is defined as currently employed or separated from CHG Companies' for less and one (1) year. Staff member immediately informs direct leader and provides the information below, if possible:
    a. Employee Name
    b. Competitor Name
    c. Competitor Role/Title
    d. Competitor Vertical (Nursing, Locums etc.)
    e. Solicitation Details (i.e. client information, staff etc.)

2. Staff member shares above information with direct leader who will then follow the escalation process:
    a. Leader ——→ Sr. Leader
    b. Sr. Leader ——→ RNN Executive Team

3. Sr. Leader informs RNN Executive Team who communicates directly with Employee Relations:
    a. Employee Relations, will determine next steps and advise RNN Executive Team.
        i. In addition to the "competitor" details above, Sr. Leader to include Employee's role within RNN during his/her tenure (i.e. recruiter, credentialing specialist etc.)

4. Employee Relations will convene with CHG Execute Committee on issue with expected turnround time between 48-72 hours. Once issue resolution has been determined, information will be cascaded as follows:
    a. Employee Relations ——→ RNN Executive Team
    b. RNN Executive Team ——→ Sr. Leader
    c. Sr. Leader ——→ Leader
    d. Leader ——→ Staff member

5. No further action is required by RNN.

*Definitions:*
- *"Employee"* is defined as currently employed or separated from CHG Companies' for less and one (1) year.
- *"Non-Solicitation of Healthcare Personnel or Clients:* See Section 6 of Agreement
- *"Non-Solicitation of Employees":* See Section 7 of Agreement

[remainder of this page intentionally left blank]



## ETHICS and CODE OF CONDUCT:

CHG staff members have a fundamental commitment to integrity and ethics as part of our Core Values. As a condition of employment with CHG, all staff members are required to comply with all applicable legal federal and state laws and regulations and are expected to always conduct themselves, while on company business, in an ethical, business-like and professional manner.

Staff members can report/file a complaint of unethical, illegal or inappropriate behavior by following the below process as reflected in the CHG Employee Handbook:

1. Staff member shares information with direct leader who will then follow the escalation process:
    a. Leader ⟶ Sr. Leader
    b. Sr. Leader ⟶ RNN Executive Team

OR

2. Staff member shares information directly with employee relations:
    a. Via email: ethics@chgcompanies.com
    b. Anonymously through Navex Silent Whistle, a third party professional anonymous report agency
        i. Phone 1.844.428.0161 or chghealthcare.ethicspoint.com

The ethics committee will investigate the complaint and upon completion will make recommendations on how to address complaint.

*Resource: CHG Employee Handbook*
- https://intranet.mychg.com/spaces/1005/chg-healthcare/wiki/view/13541/employee-handbook
- https://intranet.mychg.com/spaces/1005/chg-healthcare/wiki/view/13558/ethics-code-of-conduct-and-conflict-of-interest-policy

[remainder of this page intentionally left blank]



## CONFLICT OF INTEREST

CHG staff members have a duty to perform their job responsibilities on the basis of company interest and loyalty, independent of personal consideration. Staff members should avoid any _activity, relationship or interest_ that may or may appear to interfere with, affect, compromise or otherwise be incompatible with the performance of the staff member's responsibilities to CHG. Such activities, relationship or interest are often referred to as "conflicts of interest."

Staff members can report a violation of this policy by following the below process as reflected in the CHG Employee Handbook:

3. Staff member shares information with direct leader who will then follow the escalation process:
    a. Leader ⟶ Sr. Leader
    b. Sr. Leader ⟶ RNN Executive Team

OR

4. Staff member shares information directly with employee relations:
    a. Via email: ethics@chgcompanies.com
    b. Anonymously through Navex Silent Whistle, a third party professional anonymous report agency
        i. Phone 1.844.428.0161 or chghealthcare.ethicspoint.com

_Note:_ _It is not possible to list every conceivable activity, relationship or interest that constitutes an actual or potential conflict of interest. Refer to the CHG Employee Handbook, Conflict of Interest Policy for additional details._

_Resource: CHG Employee Handbook_
- https://intranet.mychg.com/spaces/1005/chg-healthcare/wiki/view/13541/employee-handbook
- https://intranet.mychg.com/spaces/1005/chg-healthcare/wiki/view/13558/ethics-code-of-conduct-and-conflict-of-interest-policy

[remainder of this page intentionally left blank]



4700 Exchange Court, Suite 125, Boca Raton, FL 33431     800.866.0407     800.359.8480