**From:** Rachel Shafer <rachel.shafer@rnnetwork.com>
**Sent:** Friday, March 10, 2023 7:19 AM
**To:** Rachel Rose Shafer <rachel.shafer@gmail.com>
**Subject:** Fwd:

Get Outlook for iOS

**From:** Rachel Rose Shafer <rachel.shafer@gmail.com>
**Sent:** Thursday, March 9, 2023 4:28:27 PM
**To:** Rachel Shafer <rachel.shafer@rnnetwork.com>
**Subject:**

https://www.ayahealthcare.com/corporate-careers/jobs/
--
Sincerely,

Rachel Rose Shafer

1