**From:** Rachel Shafer
**Sent:** Thursday, March 9, 2023 2:19 PM
**To:** Rachel Rose Shafer <rachel.shafer@gmail.com>
**Subject:** FW: Recap Week 2.27.2023

Sincerely,



561-939-8684
866-889-5656
rachel.shafer@rnnetwork.com
www.rnnetwork.com.
4700 Exchange Court, Suite 125
Boca Raton, FL 33431

**From:** Chrissy Evans <chrissy.evans@rnnetwork.com>
**Sent:** Thursday, March 9, 2023 2:17 PM
**To:** Rachel Shafer <rachel.shafer@rnnetwork.com>
**Subject:** Recap Week 2.27.2023

*Good afternoon Rachel: Hope your week is going well.*

*As discussed and addressed in the Performance Improvement Plan issued on 2.15.23, we will be meeting weekly to discuss the previous week's performance and I would email you a recap of our discussion. Due to my being offline for two days due to the leadership last week, I was delayed with this meeting and recap.*

*We continue to discuss ongoing concerns with your communication that do not align with our core values. I have highlighted the areas where expectations were not met with an included examples of what good looks like from a communication perspective. It is imperative that you bring me in the loop prior to responding out of heighten emotion, I am here to support you. However, I am noticing that you are responding to emails in the moment causing a continued negative impact on your brand. Letting me know of an issue post sending out the*

1

*communication does not meet the expectations established in the PIP, and minimizes my ability to positively impact the outcome as well.*

*As discussed, your performance expectations will continue to be as follows:*

- *You are expected to follow established internal processes and procedures in all tasks and interactions*
- *You are responsible to conduct your work in a professional manner*
- *You are expected to demonstrate a sense of responsibility and accountability in all business interactions.*
    - *-Assuming positive intent in all transactions whether written or veral with internal and external customer is necessary and required.*
- *Proof-read all communication for content ensuring the "why" and the "request/action" is detailed. Do not assume that the recipient will understand the message you are trying to convey without the details provided.*
- *Every drop, pre or post, needs to be cleared by a PSM or Clinical team member prior to resubmitting regardless of status shown on the provider record.*
- *Give the recipient an opportunity to work through the issue which may take time. Copy your leader for additional support and guidance*
- *Be cognizant of others' time and offer to help. Take a step back before acting, you are expected to consider the thoughts and feelings of others before acting*
    - *-Reviewing the notes in depth for additional content/details prior to sending the email: "Was she actually called on those dates. She is saying you never called her back."*
    - *-Being the notes were not reviewed initially which clearly reflected attempts made, is not assuming positive intent.*
    - *-A better response would have been "I see your notes…I will speak with the provider and let her know the attempts made…"*
    - *-We expect immediate and continuous improvement of attitude in all interactions and situations*

*Your professional brand throughout the organization is compromised. Internal partners have expressed on numerous occasions and via different avenues of communication, their inability to productively and positively support you due to your communication and have expressed their desire to not, if at all possible, be assigned to you. Your communication is and has been at the core of your behavioral issues and has reached a point of zero tolerance.*

*Expectation is you maintain a positive attitude with respect to your coaching plan and operate according to CHG's Core Value. Lack of significant improvement or any further infractions of unsatisfactory behavior and ongoing deficiencies in your behavior or performance, will result in further disciplinary action, up to and including separation. Nela and I continue to be here for your continued guidance.*

Chrissy Evans
Senior Recruitment Manager
**RNnetwork**
Business: 561-939-8534
Chrissy.Evans@RNNetwork.com



**From:** Deena Green <deena.green@rnnetwork.com>
**Date:** March 3, 2023 at 6:22:53 PM EST
**To:** Rachel Shafer <rachel.shafer@rnnetwork.com>, Chrissy Evans <chrissy.evans@rnnetwork.com>
**Cc:** Kim Algarin <kim.algarin@rnnetwork.com>, Latisha Turner <latisha.turner@rnnetwork.com>, Nela De La Vega <nela.delavega@rnnetwork.com>, Michelle Mcandrew <michelle.mcandrew@rnnetwork.com>, Alicia Palasay <alicia.palasay@rnnetwork.com>
**Subject: RE: Note Added - Leah Gray**

Yes she was actually called on those dates, I have no reason to lie – please see calls made below from Ring central thank you

 Unknown
(804) 481-0533

 Outbound call
1 min 11 sec

 WIRELESS CALLER
LEAH GRAY
(804) 481-0533

 Outbound call

Outbound call
1 min 1 sec

**From:** Rachel Shafer <rachel.shafer@rnnetwork.com>
**Sent:** Friday, March 3, 2023 6:18 PM
**To:** Deena Green <deena.green@rnnetwork.com>; Chrissy Evans <chrissy.evans@rnnetwork.com>
**Subject:** Re: Note Added - Leah Gray

Was she actually called on those dates. She is saying you never called her back.

Get Outlook for iOS

**From:** Deena Green <deena.green@rnnetwork.com>
**Sent:** Friday, March 3, 2023 6:09:14 PM
**To:** Rachel Shafer <rachel.shafer@rnnetwork.com>; Jessica Eichele <jessica.eichele@rnnetwork.com>; Tatiana Cadestin <tatiana.cadestin@rnnetwork.com>; Kim Algarin <kim.algarin@rnnetwork.com>; Michelle Mcandrew <michelle.mcandrew@rnnetwork.com>; Chamele Stewart <chamele.stewart@rnnetwork.com>; Latisha Turner <latisha.turner@rnnetwork.com>; Chrissy Evans <chrissy.evans@rnnetwork.com>
**Subject:** Note Added - Leah Gray

**Action:**      Credentialing
**About:**       Leah Gray
**Updated by:**  Deena Green

**Comments:**

3

notes were put in on

2/17 , 2/20/ and 3/3 - I just sent her a text message

There is no change request email for a 3/13 date - I had her on my list as a 4/2 start date

We do not lock documents - I am not sure why she is unable to sign them

Facility Deadline: 3/27/23

### Background Check Information:
Background check Estimated Return Date:
Background check Estimated Return Date: w/ 30 days 7-year Counties lived & worked in, OFAC, SSN trace

### Certification & Licensure:
NIH

### Health Requirements:
Drug Screen- 2248  within 30 days   Zip Code :22310
Physical Form (Within 1 year)
PPD/ Chest X-ray with Positive PPD (Within 1 year)
TB skin 2step (Within 1 year) or
Tb QuantiFERON (Within 30 days)
HEP B - Declination or Series or Titer
MMR - 2 vaccine
Varicella- 2 vaccine
TDAP Vaccine
Flu Vaccine Record
Mask Fit Test Results: 3M N95 (w/ 1year)

### Testing: CU/Critical Care
Orientation Module Test (Relias)
Specialty Test (Relias)
Pharmacology Test (Relias)
Dysrhythmia (Relias)
Core I, II, III Exam (Relias)

### Forms: Available on RNN Portal (Read & Sign)
Sterling Background Release Form
Group One Background Release
Background Check Questionnaire
Professional Services Agreement
Signed Handbook Form
HIPPA Form
Job Description
Annual TB Questionnaire

### Facility Forms:
Rightsourcing authorization release form
Confirmation form
Attendance policy form
Fingernail Hygiene Policy
Hazardous Drug Risk Acknowledgement

### Facility Specific Requirements:
Driver's License
NIH- ER, ICU, PACU, Rehab, ICU, Med/Surg
Resume
EMTALA test- Required for all ER providers
Brain Shark? Chain of Command Training-

4

https://www.brainshark.com/1/player/uhsinc?fb=0&r3f1=&custom=escalation
Brain Shark? Active Shooter Training-
https://www.brainshark.com/1/player/uhsinc?fb=0&r3f1=&custom=armedassailant
Brian Shark? Hazardous Drug Risk/USP800-
https://www.brainshark.com/1/player/uhsinc?fb=0&r3f1=&custom=usp800nursing

**RNN Internal Requirements:**
Application
QI Review (If applicable)
DMV within 6 months prior to start date
Employment Verification - 1 year
Employment Gap
CVO New Including Education Verification
E-Verify Completed on First Day of Assignment
2 References

@Rachel Shafer
@Jessica Eichele @Tatiana Cadestin @Kim Algarin @Michelle McAndrew @Latisha Turner  @Chrissy Evans

5