**Subject:** FW: updated resums
**Attachments:** RachelShaferResume2023.docx

**From:** Rachel Shafer
**Sent:** Thursday, March 9, 2023 7:22 PM
**To:** Rachel Rose Shafer <rachel.shafer@gmail.com>
**Subject:** updated resums

Sincerely,



561-939-8684
866-889-5656
rachel.shafer@rnnetwork.com
www.rnnetwork.com.
4700 Exchange Court, Suite 125
Boca Raton, FL 33431

    

1

# RACHEL SHAFER, BSN

10064 Boca Vista Drive · 561.306.2041
Rachel.shafer@gmail.com · https://www.linkedin.com/in/rachel-shafer-bsn-21a23216/

---

Building strong relationships with my clients is what I do best. I am honest, hardworking, and always think outside the box. I go above and beyond for my nurses as I appreciate all that they do. Being a nurse helps me to connect with my clients on a different level than most recruiters can.

## EXPERIENCE

### 8/2006 – PRESENT
### SENIOR HEALTHCARE RECRUITER, RNNETWORK

Over 100 TOA Currently March 2023.
Over 185 TOA at Industry Peak in 2022.
Brought the company over 6.6 million in profit for 2023.
#1st, 2nd or 3rd positioned recruiter in company for over 10 years.
Only recruiter in company to train assistants to become recruiters (Top Recruiters).
Attended over 10 President Club Ceremonies.

### 08/2009 – 6/2012
### STUDENT NURSE TO BSN, BAPTIST HEALTHCARE SOUTH FLORIDA

Obtained full Nursing scholarship from Baptist Health and placed on M/S Tele Unit for a year.

## EDUCATION

### 2011
### BSN, NOVA SOUTHEASTERN UNIVERSITY

### 2005
### BACHELOR OF SCIENCE, FLORIDA ATLANTIC UNIVERSITY

## SKILLS

- Strong Follow up and Commitment
- Very High Percentage of Referrals
- Great Negotiator
- High Closing Ratios
- Strong Multitasker

## ACTIVITIES

Over 9 years ago I created the first Travel Nurse Housing Facebook page. This was for nurses to link with other healthcare professionals and landlords to aid in find their own housing for travel assignments.

There was nothing like this back then and helped push more nurses towards accepting housing allowance instead of company housing. I manage this page to this day, and it has over 106.4K members. https://www.facebook.com/groups/414305935358576/