**From:** Keela Briles <keela.briles@chghealthcare.com>
**Sent:** Wednesday, August 9, 2023 11:41 AM
**To:** Andrea Moreira-Alejandro
**Subject:** Notes from an anonymous caller re: Rachel Shafer

Hi Andrea,

I received a call from anonymous person on Ring Central August 9th at 11AM EST. This person says he works for company that Rachel currently works at- AHS Staffing
He noted that they are not AMN, they are their own entity. He is calling re: Rachel Shafer. It is blatant when you book someone on your second day that you added to database that you are stealing from another agency
Taking nurses that she worked with at RNN – she has them quitting contracts to follow her to AHS Staffing – here are some examples- (just SOME)
- Sydney Solow
- Tracy Morris
- Michelle Richie
- Danielle Conner
- Neliey Vernan
- Jordon Newstead
- Alicia Murcia
- Matthew Dean
- Sara Willis

Additional notes from the caller:
- She is calling these providers from her personal cell phone (noted in their system)
- Lots of history added on these travelers that she would never know without stealing them
- These providers are already on assignment – she has 43 already taken from RNN
- She still has a ton in submission status
- Rachel has done this multiple times and that is an understatement
- He is a recruiter as well, this isn't bitterness he mentions, he just doesn't like how it makes the agency look
- Makes the traveler look bad & the agencies
- In just 2 months she got 8 people on assignment – openly celebrated by leadership at his company– makes us all look bad
- She has 6 more travelers about to start working all taken from RNN however he can not pull there names
- Rachel started at AHS in May
- Everything is being celebrated at AHS with her, he says- I do have insider information because I know someone who used to work at RNN that came to AHS that used to know Rachel, so I know her track record as a recruiter
- Like I said, I am not trying to be a rat, it just makes us look horrible as a company and it impacts our brand.
- She is telling travelers to give 2 weeks' notice while you get a traveler submittal ready is what she is telling nurses – as seen in their database
- She started in May and have 43 already in submission status and working is unheard of in this industry
- She has about 80 submissions a week currently

Please let me know if you have any questions.

Thank you,

1