IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61703-CIV-SINGHAL/VALLE

CHG MEDICAL STAFFING, INC.
d/b/a RNNETWORK a Delaware
Corporation,

    Plaintiffs,

v.

RACHEL SHAFER, an individual,
LISLEY ROSSI, an individual,
AHS STAFFING, LLC, an Oklahoma Limited
Liability Company,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING AFFIDAVIT IN SUPPORT OF MOTION FOR CONTEMPT

Plaintiff, CHG Medical Staffing Inc. d/b/a RNnetwork, by and through the undersigned counsel, hereby gives Notice of Filing the affidavit of Paul Helm, CEO of Focus Staff Services, L.P., in support of Plaintiff's Motion for Contempt against Defendant Rachel Shafer, for Entry of Sanctions, and to Compel Defendant Rachel Shafer to Comply with the Court's Orders [D.E.100].

Dated: April 11, 2024

Respectfully submitted,

By: *s/ Adam Schultz*
Jennifer A. Schwartz, Esq. (502431)
E-mail: *jennifer.schwartz@jacksonlewis.com*
Adam Schultz, Esq. (121111)
E-mail: *adam.schultz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 2500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
*Counsel for the Plaintiff*

CASE NO.: 23-61703-CIV-SINGHAL/VALLE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on April 11, 2024, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam Schultz*
Adam Schultz, Esq.

## SERVICE LIST

John Cody Berman
Florida Bar No. 58654
E-mail: *cody.german@csklegal.com*
Justin S. Maya, Esq,
Florida Bar No. 126087
E-mail: *justin.maya@csklegal.com*
Horancio Ruiz-Lugo, Esq.
Florida Bar No. 1048967
E-mail: *Horacio.Ruiz-Lugo@csklegal.com*
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33256
Telephone: (786) 268-6415
Alternative Email:
*nicolle.quant@csklegal.com*
*Ieshia.ownes@csklegal.com*

*Counsel for Defendant AHS Staffing, Inc.*

Shlomo Y. Hecht, Esq.
Florida Bar No. 127144
E-mail: *sam@hectlawpa.com*
SHOLMO Y. HECHT, P.A.
3076 N. Commerce Pkwy.
Miramar, Florida 33025
Telephone: (954) 861-0025

*Counsel for Defendant Rachel Shafer*

Jennifer Schwartz, Esq.
Florida Bar No. 502431
E-mail: *Jennifer.schwartz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
E-mail: *adam.schultz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Plaintiff*

Gregory Sconzo, Esq.
Florida Bar No. 105553
E-mail: *greg@sconzolawoffice.com*
SCONZO LAW OFFICE, P.A.
3825 PGA Blvd., Suite 207
Palm Beach Gardens, Florida 33410

*Counsel for Defendant Lisley Rossi*